396 A.2d 33

Commonwealth v. Jordan, Appellant.

Submitted September 12, 1977. Daniel M. Corveleyn, Assistant Public Defender, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 34

Commonwealth v. Kearney, Appellant.

Submitted March 29, 1978. Benjamin Lerner, Defender, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The six Judges who decided this appeal being equally divided, the judgment of sentence is affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.